AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2024

SEAN F. McAVOY, CLERK

JOHN-MICHAEL RAY DURHAM,

*Plaintiff*

v.

THE STATE OF WASHINGTON, CITY AND COUNTY OF SPOKANE, SPOKANE SUPERIOR COURT-JUVENILE JUSTICE DIVISION, & CASA, et al.,

*Defendant*

Civil Action No. 2:24-CV-0325-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss, ECF No. 7, is GRANTED. Plaintiffs' Complaint (ECF No. 1) is DISMISSED with prejudice. Judgment entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____

Date: 11/29/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore